IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01520-MSK

TERRY MARGHEIM,

    Plaintiff,

v.

KENNETH R. BUCK, Weld County District Attorney;
EMELA BULJKO, DDA;
GREELEY POLICE CHIEF;
STEPHEN PERKINS; and
ELLIS, Officer,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter due to a close, personal friendship with a party in this matter. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this case. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 18th day of June, 2012.

                **BY THE COURT:**

                *Marcia S. Krieger* (signature)

                Marcia S. Krieger
                United States District Judge