**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   12-cv-01520-WJM-BNB

TERRY MARGHEIM,

     Plaintiff,

v.

KENNETH R. BUCK, Weld County District Attorney;
EMELA BULJKO, DDA;
GREELEY POLICE CHIEF;
JOHN BARBER;
STEPHEN PERKINS; and
ELLIS, Officer,

     Defendants.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting July 15, 2013 Recommendation of Magistrate Judge, Granting Defendants' Motions to Dismiss, And Denying Plaintiff's Motion for Judgment on the Pleadings, entered by the Honorable William J. Martínez, United States District Judge, on August 13, 2013,

IT IS ORDERED that

1. The Recommendation of the United States Magistrate Judge (ECF No. 38) is ADOPTED;

2. Plaintiff's Objection to the Recommendation (ECF No. 39) is OVERRULED;

3. The Greeley Defendants' Motion to Dismiss (ECF No. 17) and the D.A. Defendants' Motion to Dismiss (ECF No. 19) are GRANTED;

4. Plaintiff's Motion for Judgment on the Pleadings (ECF No. 30) is DENIED;

5. Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE in its entirety;

6. Final Judgment is entered in favor of Defendants and against the Plaintiff;

7. Defendants will be awarded costs in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment; and

8. Leave to proceed in *forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

Dated at Denver, Colorado this 13th day August, 2013.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
Edward P. Butler
Deputy Clerk