### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 12-cv-1520-WJM-CBS

TERRY MARGHEIM,

    Plaintiff,

v.

EMELA BULJKO, D.D.A.,

    Defendant.

---

### APPOINTMENT ORDER

---

In accordance with Part III.C. of the U.S. District Court's *Pilot Program to Implement a Civil Pro Bono Panel*, and based on the reasons articulated in the Court's Order vacating the Final Judgment and reopening this action (ECF No. 57), the Court hereby determines that *pro se* Plaintiff Terry Margheim merits appointment of counsel drawn from the Civil *Pro Bono* Panel.  The Court is satisfied that the following factors and considerations have been met:

    1) the nature and complexity of the action;
    2) the potential merit of the *pro se* party's claims;
    3) the demonstrated inability of the *pro se* party to retain counsel by other means; and
    4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

*See Pilot Program to Implement a Civil Pro Bono Panel*, Part III.B.1.

Accordingly, it is ORDERED that the Clerk of the Court shall select, notify, and appoint a member of the Panel to represent the *pro se* litigant in this matter.  The *pro*

*se* litigant is advised that there is no guarantee that Panel members will undertake representation in every case selected as part of the Pilot Program. The *pro se* litigant is further cautioned that, until appointed counsel enters an appearance, the litigant will continue to be responsible for all scheduled matters and deadlines, including hearings, depositions, motions, and trial, and must follow the Court's procedures and rules accordingly.

Dated this 29th day of May, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge

*se* litigant is advised that there is no guarantee that Panel members will undertake representation in every case selected as part of the Pilot Program. The *pro se* litigant is further cautioned that, until appointed counsel enters an appearance, the litigant will continue to be responsible for all scheduled matters and deadlines, including hearings, depositions, motions, and trial, and must follow the Court's procedures and rules accordingly.

Dated this 29th day of May, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge