**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-1520-WJM-BNB

TERRY MARGHEIM,

    Plaintiff,

v.

EMELA BULJKO, DDA,

    Defendant.

---

**ORDER ADOPTING JULY 9, 2014 RECOMMENDATION OF MAGISTRATE JUDGE
DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

---

    This matter is before the Court on the July 9, 2014 Recommendation of United States Magistrate Judge Boyd N. Boland (the "Recommendation") (ECF No. 72) that Plaintiff's Motion to for Leave to Amend (ECF No. 61) be denied.  In his Motion, Plaintiff seeks leave to file his proposed Second Amended Complaint.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.[1]  (ECF No. 72, at 5 n.3.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

    The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P.

---

[1] The Court's internal records confirm that the Recommendation was electronically mailed to counsel for both parties.

72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 72) is ADOPTED in its entirety; and

(2) Plaintiff's Motion for Leave to Amend (ECF No. 61), seeking leave to file a Second Amended Complaint, is DENIED.

Dated this 13th day of August, 2014.

BY THE COURT:

_____

William J. Martínez
United States District Judge