IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01520-WJM-BNB

TERRY MARGHEIM,

Plaintiff,

v.

EMELA BULJKO, DDA, individual and official capacity,

Defendant.

---

## ORDER
---

This matter arises on the plaintiff's **Motion for Leave to File Second Amended Complaint** [Doc. #83, filed 10/02/2014] (the "Motion").  The defendant does not take a position respecting the relief requested.

IT IS ORDERED that the Motion [Doc. # 83] is GRANTED.  The Clerk of the Court is directed to accept the proposed second amended complaint [Doc. #84] for filing.

Dated November 6, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge