# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01520-WJM-NYW

TERRY MARGHEIM,

    Plaintiff,

v.

EMELA BULJKO, DDA, individual and official capacity,

    Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendant Emela Buljko's Unopposed Motion for Order to Conduct Deposition of Incarcerated Inmate ("Motion to Conduct Deposition"). [#93 filed February 10, 2015]. Also before the court is Defendant's Unopposed First Motion for Extension of Time ("Unopposed Motion for Extension"). [#95 filed February 10, 2015]. Through these Motions, Defendant seeks to depose Plaintiff Terry Margheim, who is in the custody of the Federal Bureau of Prisons, and to extend the discovery cut-off deadline and deadline by which to file dispositive motions for the sole purpose of deposing Plaintiff. Pursuant to the Order Referring Case dated June 18, 2012 [#6] and the memoranda dated February 10, 2015 [#94 and #95], these matters were referred to this Magistrate Judge.

    IT IS ORDERED:

1. The Motion to Conduct Deposition [#93] is GRANTED;

2. The Unopposed Motion for Extension [#95] is GRANTED IN PART. Discovery must be completed by **March 18, 2015**, and any dispositive motions must be filed on or before **April 10, 2015**.

DATED: February 24, 2015.