# EXHIBIT A

JAN-25-2010 16:27 From: 9703509655tor To:63046461 P.1/2

# Incident Report
# GREELEY POLICE DEPARTMENT

**10-1222**  Supplement No 0001

1950 O ST
GREELEY, COLORADO

Reported Date
01/25/2010
Nature of Call
ASLT3
Officer
BROWN, STEPHEN CHRISTIA

(970) 350-9627

*10m22I*

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| GREELEY POLICE DEPARTMENT | 10-1222 | 0001 | 01/25/2010 | 14:58 | 100020765 |

| Status | Nature of Call |
|---|---|
| REPORT TO FOLLOW | *ASSAULT - SIMPLE |

| Location | City | Rep Dist | Area | Beat |
|---|---|---|---|---|
| 2161 44TH AC | GREELEY | S10L/ | S | 10 |

| Officer | Assignment | Entered by |
|---|---|---|
| GP0298/BROWN,STEPHEN CHRISTIAN | PATROL DAYS WATCH PLATOON B | GP8017 |

| Assignment | RMS Transfer | Property? | Approving Officer | Approval Date |
|---|---|---|---|---|
| RECORDS SECTION | Pending | None | GP0102 | 01/25/2010 |

Approval Time: 17:07:20

## Narrative

2010 JAN 26 AM 8:37

### WARRANTLESS AFFIDAVIT

DEFENDANT : MARGHEIM, TERRY
DATE OF BIRTH : 050663

VICTIM: GRAHAM, COURTNEY
DATE OF BIRTH: 121875

ARRESTING AGENCY: GREELEY POLICE DEPARTMENT
AGENCY CASE NUMBER : GP10-1222
ARREST DATE : 012510

| | CHARGE LITERAL | STATUTE NO. | CLASS |
|---|---|---|---|
| 1 | HARASSMENT/DOMESTIC VIOLENCE | 18-9-111 | M3 |
| 2 | CRIMINAL MISCHIEF/ DOMESTIC VIOLENCE | 18-4-501 | M2 |

### AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

*Carl A. A[...]*

of the **GREELEY POLICE DEPARTMENT**, being duly sworn upon oath says that there is probable cause for the warrantless arrest of the above named defendant for the charge(s) stated above, and that the following facts and all information entered above are true and correct to the best of his/her knowledge, information, and belief and support the arrest of the defendant:

The following events occurred in Greeley, Weld County, Colorado. Your affiant has learned the following facts by personal observations and/or reading police reports, and/or talking with other persons.

ON 01-25-10 AT APPROXIMATELY 1232 HOURS, OFFICER BROWN RESPONDED TO 2161 44TH AVENUE COURT ON A REPORTED DISTURBANCE IN PROGRESS. ON SCENE, OFFICER BROWN SPOKE WITH

| Report Officer | Printed At | |
|---|---|---|
| GP0298/BROWN,STEPHEN CHRISTIAN | 01/25/2010 17:07 | Page 1 of 2 |

```
JAN-25-2010 16:27 From:              9703509655 tor    To:63046461         P.2/2
```

# Incident Report
# GREELEY POLICE DEPARTMENT

**10-1222**   Supplement No 0001

*10M251*

### Narrative

THE REPORTING PARTY/WITNESS, KEN LARSON (DATE OF BIRTH 10-10-60). LARSON ADVISED HE HAD ESCORTED THE VICTIM TO HER RESIDENCE SO SHE COULD GET HER BELONGINGS TO MOVE OUT. LARSON ADVISED HE WITNESSED THE VICTIM KNOCK ON THE FRONT DOOR, AND THE SUSPECT COME TO THE DOOR. LARSON ADVISED HE WITNESSED THE SUSPECT PUSH THE VICTIM APPROXIMATELY THREE TO FOUR TIMES AS THE TWO MADE THEIR WAY OUT TO THE SUSPECT'S CAR PARKED IN THE DRIVEWAY. LARSON ADVISED THE TWO GOT INTO THE CAR AND LOOKED AS THOUGH THEY WERE ARGUING WHILE INSIDE THE CAR. LARSON ADVISED THE "SHOVES" WERE TWO HANDS FROM THE SUSPECT TO THE CHEST OF THE VICTIM. LARSON ADVISED HE SAW THIS FROM HIS CAR WHICH WAS PARKED OUT FRONT OF THE SUSPECT'S RESIDENCE.

NEXT, OFFICER BROWN SPOKE WITH THE VICTIM. SHE ADVISED SHE ARRIVED AT THE RESIDENCE TO GET HER BELONGINGS. THE VICTIM ADVISED ALMOST IMMEDIATELY AFTER ARRIVING AND KNOCKING ON THE DOOR, THE SUSPECT GRABBED HER BY THE BACK OF THE SWEATSHIRT AND BEGAN "DRAGGING HER TO THE CAR." THE VICTIM ADVISED THE SUSPECT SHOVED HER IN THE CHEST WITH BOTH HANDS TO GET HER OUT OF THE WAY OF THE CAR DOOR. THE VICTIM ADVISED OFFICER BROWN THIS DID NOT CAUSE HER PAIN. THE VICTIM ADVISED THE TWO GOT INTO THE CAR AND RETRIEVED THE KEYS FROM THE SUSPECT'S CAR, AND THEN THE TWO PROCEEDED TO GO INSIDE THE RESIDENCE.

THE VICTIM ADVISED, WHILE IN THE RESIDENCE, THE ARGUMENT CONTINUED. THE VICTIM ADVISED THE SUSPECT TOOK HER PHONE AND SMASHED IT BECAUSE OF PICTURES SHE SUPPOSEDLY HAD ON IT. THE VICTIM SHOWED OFFICER BROWN A BATTERY AND BATTERY COVER OF A PHONE. AFTER SEVERAL MINUTES OF ATTEMPTING TO LOCATE BROKEN PHONE PIECES, OFFICER BROWN WAS UNABLE TO LOCATE THEM. DURING THE PRELIMINARY INVESTIGATION, OFFICER BROWN ASKED THE SUSPECT ABOUT THE PHONE, AND THE SUSPECT ADVISED THE PHONE HAS DROPPED ON THE FLOOR AND BROKE. THE SUSPECT EVEN ASSISTED IN ATTEMPTING TO LOCATE THE PHONE, BUT NONE OF THE PHONE PIECES WERE LOCATED. THE VICTIM ADVISED THE PHONE WAS APPROXIMATELY $100.00 IN VALUE.

BOTH THE SUSPECT AND THE VICTIM ADVISED THEY HAVE KNOWN EACH OTHER FOR APPROXIMATELY SIX MONTHS. BOTH ADVISED THEY WERE "LOVERS." THE SUSPECT ADVISED THE VICTIM HAD BEEN LIVING AT THE RESIDENCE FOR APPROXIMATELY THREE MONTHS. THE VICTIM ADVISED SHE HAD BEEN LIVING AT THE RESIDENCE FOR FOUR MONTHS. THE SUSPECT WAS TAKEN INTO CUSTODY AND TRANSPORTED TO THE WELD COUNTY JAIL WITHOUT INCIDENT.

_[signature]_
Affiant's signature

Subscribed and sworn to before me this _25TH_ day of _January_, 2010.
Notary Date Expiration: _07/7/11_   Notary Public _[signature]_

After reviewing the above Affidavit in Support of Warrantless Arrest, I find:
___✓___ There is probable cause for the arrest. _dv_
_____ There is not probable cause for the arrest and the Defendant is released from custody
Date: _1/26/10_
_[signature]_
JUDGE

| Report Officer | Printed At | |
|---|---|---|
| GP0298/BROWN, STEPHEN CHRISTIAN | 01/25/2010 17:07 | Page 2 of 2 |

Buljko 0100