# EXHIBIT C

```
CASE NO. 10M -000251                                    WELD COUNTY COURT MINUTE ORDER
DATE: 01/26/10   HBND
Division: 17            JO: MICHELE MEYER    ☒ Recorded digitally in Open Court  ☐ In Chambers
CLERK: GRANADO/KAYARTZ                         CD DATE: 1:38:17  2:02:02  2:23:05
```

| THE PEOPLE OF THE STATE OF COLORADO VS. | ☒ (Deputy) District Attorney – E Buljko/ K Maurer |
|---|---|
| (X)  MARGHEIM, TERRY | ☐ Counsel for defendant - K. Barker/ |
| 2161 44TH AVE | |
| GREELEY       CO 80634 | Matter continued by ☐ DA ☐ Def. ☐ CT. |

☐ Luis/Mari/Jose/Pat _____ translates ☐ Spanish ☐ Other: _____
☒ Defendant advised of rights in Rule 5(a)(2), Rule 11(b) or I/S  ☐ Defendant referred to Public Defender  ☒ Ct. Appts. Public Defender
☒ Defendant served S&C/CRVP  ☒ Probable Cause Found                                         Scanned: 1/26/10
Court finds plea entered knowingly, voluntarily and accepts  ☐ Stip/Waives Factual Basis for the Plea
☐ On motion of ☐ District Attorney ☐ Court ☐ Defendant                Complaint is ☐ Amended  ☐ Dismissed
   Count 1: C.R.S. _____   ☐ Dismissed 1
   Count 2: C.R.S. _____   ☐ Added       Dismissed 2
   Count 3: C.R.S. _____   ☐ Added   ☐ Dismissed 3
   Count 4: C.R.S _____    ☐ Added   ☐ Dismissed 4
☐ Defendant pleads Not Guilty (PLNG)  ☐ Defendant w/draws Guilty plea (PLEW)  ☐ Defendant waives / tolls (trial by jury) (speedy trial)
   ndant plead  'PLNC'     ☐ Defendant admits/denies CRVP  ☐ Prob Revoked/Reinstated  ☐ DS Revoked/Conviction Enters

| PENALTY | | | | SUSPENDED | | DEFERRED | MODIFIED | SUPERVISED |
| FINE | JAIL | CRTS | CMSV | FINE | JAIL | SENTENCING | PROBATION | PROBATION |
| W/R / EHM / ST | | | | | | DFSU/DFSA | PREV/PRBA/PRBU/PRBN | FSN |
| 1: $____ | ____ hrs. | | | $____ | ____ | ☐ | ☐ | |
| ☐ Ct 2: $____ | ____ hrs | | | $____ | ____ | ☐ | ☐ | ☐ |
| ☐ Ct 3: $____ | ____ hrs. | | | $____ | ____ | ☐ | ☐ | ☐ |
| ☐ Ct 4: $____ | ____ hrs | | | $____ | ____ | ☐ | ☐ | ☐ |

☐ W/R per AO 04-02/05   ☐ Straight Time per AO 04-02/05   ☐ W/R OR EHM ORIENTATION DATE:_____ at 9AM/1PM.
CONDITIONS:   VTX    AY CC  ☐ COMP CMSV  ☐ COMPLETE JAIL TERM   MAIN LAW ABIDING   MPLETE TREATMENT
              OMPLY W/RO   OCP & SUPV FEES IMPOSED/SUSPENDED  ☐ COMPLETE VICTIM IMPACT PANEL
              / EVAL W/IN   YS AND BE ENROLLED W/IN   \YS
              ADDITIONAL EVAL AND TREATMENT ☐ ALCOHOL ☐ SUBSTANCE ABUSE ☐ MENTAL HEALTH
COSTS:  TC ____     1P $ 33/46     DRS 28      STS ____     CF $ 5      ☐ PDAR $ 25
        ☐ LEAF $ 90    ☐ PDDS $ 25/50   ☐ ALCV$ 200   ☐ FAMF $ 1.00   ☐ BRAI $15/20
        ☐ CTPA $____   ☐ REST $____      FSC $ 2.50   ☐ Other $       ☐ RYAS $ 5/
Cl today or upon release      ☐ Court finds Defendant indigent       ☐ DEFENDANT ORDERED RELEASED FROM CUSTODY
λ Granted 90 days to file NOR  ☐ DA not Requesting Rest.

Defendant ordered to Prob. Dept. ☐ for SARA REPORT   or DV evaluatio   ) sign T/C ☐ ALCV/MHEV
☐ Court finds conditions have been complied with and terminates probation. Case Ordered closed. ☐ Probation Terminated.
☐ Deferred Sentence Completed; Plea Withdrawn (PLEW / DISS); Case Dismissed.
☐ Defendant fails to appear ☐ Clerk to prepare Bench Warrant. Bail $____ not to be recalled at the window
☐ Defendant Remanded    ☐ Defendant (appears) (posts bond). ☐ Clerk to issue Notice of Warrant Recall. ☐ Warrant Quashed.
☒ Defendant appears in custody       ☒ Bond set in the amount of $ 3000 _____ returnable as shown below.
                                  Type of Bond:   ☐ PR  ☐ Surety Only  ☒ C/S/P  BOND CONDITIONS Rpt to PTS
☐ Bond continued ☐ Bond reinstated ☐ Bond (dated _____) discharged. ☐ Surety exonerated. ☐ Surety Converted to PR Bond
☐ Refund cash bond:   ☐ To depositor   ☐ To depositor after deducting fines and costs   ☐ To defendant   ☐ Apply to fines and costs
☐ Bail forfeited, bond revoked, mail Notice of Forfeiture. Issue Citation to def. and surety and continue 30 days for review.
☐ $____ judgment on bond in favor of State and against Defendant ☐ and against Suret(y)(ies) ☐ Cash bail to satisfy judgment
☐ Clerk to vacate Calendar setting _____ at ____ m ☐ Stop Jury
☒ Continued in Div. 17  on 2/2/10    at 3 .m. for 10 (min)(hr)(day). for PTC    ☐ I/C
☐ Continued in Div. ___ on _____  at ___ .m. for ___ (min)(hr)(day). for ___  ☐
☐ Continued in Div. ___ on _____  at ___ .m. for ___ (min)(hr)(day). for ___  ☐
☐ Continued in Div. 17 on 2/11/10    at 3:30 .m. for 10 (min)(hr)(day). for PTC  ☐ BOND
☐ Pre-trial Discovery Order Issued  ☐ Speedy Trial:   ☐ Victim Addresses the Court  ☒ Victim is Present
☒ Clerk to provide copy of Minute Order to: ☐ DA ☐ Def. ☐ PD ☐ Counsel ☐ Surety ☐ Probation ☐ RMOMS ☐ CI ☒ WCSO ☐ ___
☐ Def handed Rule 32 Advisement ☐ Right to Counsel Filed  ☒ TRO entered ☒ TRO cont'd ☐ TRO modified ☐ TRO vacated

                                                                        /S/ Michele Meyer, Judge

Revised 02/08