**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01520-WJM-NYW

TERRY MARGHEIM,

    Plaintiff,

v.

EMELA BULJKO, DDA, individual and official capacity,

    Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendant Emela Buljko's Motion to Stay Proceedings Pending Determination of Absolute or Qualified Immunity ("Motion to Stay"). [#106, filed June 4, 2015]. Pursuant to the Order Referring Case dated June 18, 2012 [#6] and the memorandum dated June 4, 2015 [#107], this matter was referred to this Magistrate Judge.

    IT IS ORDERED that the Motion to Stay [#98] is **GRANTED IN PART**; the Final Pretrial Conference set for June 12, 2015 is hereby VACATED and reset for **July 8, 2015 at 9:30 a.m.** in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

DATED: June 5, 2015